**John KHULA, Petitioner**

v.

**STATE CORRECTIONAL INSTITUTE-SOMERSET, Respondent**

**No. 460 WAL 2016**

Supreme Court of Pennsylvania.

April 4, 2017

## ORDER

PER CURIAM

**AND NOW**, this 4th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**